JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MAGALLANES,<br><br>        Plaintiff,<br><br>v.<br><br>PICKWICK FINANCIAL, LLC; and DOES 1 to 10,<br><br>        Defendant. | Case No. 2:24-cv-10818-AB (AGRx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 10, 2025

                                  ANDRÉ BIROTTE JR.
                                  UNITED STATES DISTRICT JUDGE